IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WELLS FARGO BANK, N.A.,
as Trustees for the registered
Holders of the GE Business Loan
Trust Certificates, Series 2005-2,

        Plaintiff,

v.

PREMIER HOTELS GROUP, LLC,

        Defendant.

3:14-CV-56

(JUDGE MARIANI)

## ORDER

AND NOW, THIS 29th DAY OF JANUARY 2015, upon consideration of Plaintiff's Motion to Appoint a Receiver (Doc. 7), Motion for Summary Judgment (Doc. 19), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Summary Judgment (Doc. 19) is **DENIED**.

2. Plaintiff's Motion to Appoint a Receiver (Doc. 7) is **DENIED WITHOUT PREJUDICE**.

3. A telephone scheduling conference will be held on **FRIDAY, FEBRUARY 20, 2015 at 11:30 AM**. Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge